The Honorable MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSEPH KRANKOTA,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>DOUG WADDINGTON,<br><br>　　　　　　Respondent. | NO. C06-0334-RSL<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br><br>(~~Proposed~~) |

Respondent, having filed a Motion for Extension of Time in this matter, and the Court being fully advised and having examined the records and files herein;

NOW THEREFORE, it is hereby

ORDERED that Respondent's Motion for Extension of Time in this matter be and the same is hereby granted.

Respondent's answer to Mr. Krankota's Petition for Writ of Habeas Corpus shall be due on or before June 22, 2006.

DATED this <u>19th</u> day of May, 2006.

　　　　　　　　　　　　　　s/ Mary Alice Theiler
　　　　　　　　　　　　　　United States Magistrate Judge

Submitted by:
ROB MCKENNA
Attorney General

/s/Gregory J. Rosen
GREGORY J. ROSEN, WSBA #15870
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I certify that I mailed by United States Postal Service the document to the following non CM/ECF participants:

JOSEPH KRANKOTA, DOC #843579
STAFFORD CREEK CORRECTIONS CENTER
191 CONSTANTINE WAY
ABERDEEN WA  98520

/s/Debbie Y. Miller
DEBBIE Y. MILLER
Legal Assistant