06-CV-00334-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH KRANKOTA, | ) | CASE NO. C06-0334-RSL |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 2254 |
| | ) | PETITION |
| DOUG WADDINGTON, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss the petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Respondent's motion to dismiss petitioner's federal habeas petition (Dkt. No. 12) is GRANTED and the petition (Dkt. No. 4) is DISMISSED, with prejudice, under 28 U.S.C. § 2244(d).

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for

ORDER DISMISSING § 2254 PETITION
PAGE -1

01  respondent, and to Judge Theiler.

02  DATED this 25th day of August, 2006.

04  ROBERT S. LASNIK
Chief United States District Judge

ORDER DISMISSING § 2254 PETITION
PAGE -2