1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
7   JOSEPH KRANKOTA,                              )
                                                 )   No. C06-0334RSL
8                        Petitioner,             )
                                                 )
9       v.                                       )   ORDER DENYING CERTIFICATE
                                                 )   OF APPEALABILITY
10  DOUG WADDINGTON,                             )
                                                 )
                         Respondent.             )
11  _____)

12          This matter comes before the Court on petitioner's "Motion for Certificate of

13  Appealability" (Dkt. #19).  Under the amended version of 28 U.S.C. § 2253(c), a petitioner may

14  not appeal the denial of a habeas corpus petition unless the district court or the Ninth Circuit

15  issues a certificate of appealability identifying the particular issues that may be pursued on

16  appeal.  United States v. Asrar, 116 F.3d 1268 (9th Cir. 1997).  To obtain a certificate of

17  appealability, the petitioner must make a substantial showing of the denial of a constitutional

18  right, meaning that the petitioner must show that the resolution of the habeas petition is

19  debatable among reasonable jurists or that the issues presented were "adequate to deserve

20  encouragement to proceed further."  Slack v. McDaniel, 529 U.S. 473, 483-84 (2000) (citing

21  Barefoot v. Estelle, 463 U.S. 880, 893 n.4 (1983)).

22          The Court's finding regarding the untimeliness of petitioner's challenge is not debatable

23  among reasonable jurists.  See Dkt. #15 (Report & Recommendation); Dkt. #17 (Order

24  Dismissing § 2254 Petition).  Petitioner has, therefore, failed to make a substantial showing of

25  the denial of a constitutional right and is not entitled to a certificate of appealability under 28

26

ORDER DENYING CERTIFICATE
OF APPEALABILITY

U.S.C. § 2253.

For all of the foregoing reasons, petitioner's "Motion for Certificate of Appealability" (Dkt. #19) is DENIED.

DATED this 12th day of October, 2006.

Robert S. Lasnik
United States District Judge

ORDER DENYING CERTIFICATE
OF APPEALABILITY                    -2-